Date: 05/04/11

# DIVIDENDS REMITTED TO THE COURT
Check Number 1010 Dated 05/04/11
Case Number 10-30206 - OUNASSER, MARIETTA

Page:

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | 000001 | 253.73 | 2.57 |
| CHASE BANK USA<br>C/O CREDITORS BKY SERVICE<br>PO BOX 740933<br>DALLAS TX 75374 | 000003 | 464.32 | 4.70 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000005 | 385.95 | 3.91 |
| ---------- Remittance Total --------------- | | 1,104.00 | 11.18 |

_signature_
CHARLES W. RIES, Trustee

RECEIVED 11 MAY -6 AM 11:21 U.S. BANKRUPTCY COURT ST. PAUL, MN