## DIVIDENDS REMITTED TO THE COURT

Check Number 1015 Dated 7/22/11

Case Number 10-30206 – OUNASSER, MARIETTA

#4032
7-26-11
mD

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, #200<br>Tucson, AZ 85712 | 000009 | 993.64 | 10.07 |
| ---------Remittance Total--------- | | 993.64 | 10.07 |

CHARLES W. RIES, Trustee